Michael Zoldan; AZ Bar No. 028128
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd.
Suite 213
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com

Zachary Price; AZ Bar No. 028464
**COOK & PRICE, PLC**
60 E. Rio Salado Road
Suite 900
Tempe, AZ 85281
Tel: 480.366.5828
zprice@cookpricelaw.com
docket@cookpricelaw.com

Attorneys for Karen Williams

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Karen Williams**, an Arizona Resident,<br><br>Plaintiff,<br><br>v.<br><br>**Alhambra Elementary School District No. 68**, a political subdivision of the State of Arizona; **Alhambra Elementary School District No. 68, Board Member Robert Zamora**; **Alhambra Elementary School District No. 68, Board Member Ray Martinez;** and **Alhambra Elementary School District No. 68, Board Member Mari Alvarado**,<br><br>Defendants. | Case No. CV-16-00461-PHX-GMS<br><br>**STIPULATED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND TO AMEND PLAINTIFF'S COMPLAINT** |

Plaintiff Karen Williams ("**Williams**") and Defendants Alhambra Elementary School District No. 68, et al., by and through their respective undersigned counsels

hereby submit this Stipulated Motion to Withdraw Defendants' Motion to Dismiss and to Amend Plaintiff's Complaint in compliance with the Honorable G. Murray Snow's Order dated March 23, 2016. Consistent therewith, the Parties have conferred with respect to Defendants' Motion to Dismiss (Dkt. 7) and have stipulated to the following:

1. Defendants have hereby stipulated to the withdrawal of their Motion to Dismiss (Dkt. 7).

2. Plaintiff shall file an Amended Complaint within five (5) days of the date the accompanying proposed order is granted. The Amended Complaint shallclarify and restate certain factual allegations in Plaintiff's complaint claims and shall also clarify which claims are being brought against each Defendant.

3. Defendants shall have twenty (20) calendar days from the date the Amended Complaint is filed to submit their responsive pleading.

4. In the event that Defendants file a motion to dismiss following Plaintiff's filing of her Amended Complaint, the parties understand that Defendants must meet and confer prior to the filing of any such motion to dismiss as set forth by the Court's Orders.

RESPECTFULLY SUBMITTED March 30, 2016.

**COOK & PRICE, PLC**

By: /s/ Zachary Price
    60 E. Rio Salado Parkway
    Suite 900
    Tempe, AZ 85281
    Attorneys for Karen Williams

**GUST ROSENFELD P.L.C.**

By: /s/ Robert D. Haws
    One East Washington St.

Suite 1600
Phoenix, AZ 85004
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert D. Haws
**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553

/s/ Zachary Price