# CIVIL TRIAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** G Murray Snow | **Date:** June 6, 2019 |
| **Karen Williams v. Alhambra School District No. 68, et al.,** | **Case Number:** CV-16-461-PHX-GMS |

**Attorneys for Plaintiff:** Michael Zoldan, Burr Shields
**Attorneys for Defendants:** Robert Haws, William Sowders

**JURY TRIAL (Day 9):**

8:54 a.m. Reconvene with respective counsel present. Alhambra School District representative, Jeff Stratman, also present. Jury not present. Discussion held regarding jury question. 9:02 a.m. Recess.

9:17 a.m. Reconvene. The Court addresses the jury regarding their question. 9:22 a.m. Court stand at recess while deliberations continue.

10:38 a.m. Jury deliberations recess. 10:55 a.m. Jury deliberations resume. 12:17 p.m. Jury deliberations recess. 12:36 p.m. Jury deliberations resume.

2:29 p.m. Reconvene with respective counsel, plaintiff, and defendants present. Alhambra School District representative, Jeff Stratman, also present. Jury not present. The Court is advised that the jury has reached a verdict. Discussion held. 2:38 p.m. Jury enters the courtroom. Verdict read. 2:44 p.m. Jury excused. Defendants' oral Rule 50 motion (Doc. 170) is moot. Oral argument on front and back pay set for 6/20/2019 at 9:30 a.m.

2:51 p.m. Trial concludes.

| | |
|---|---|
| **Court Reporter**: Charlotte Powers | **Time in Court:** 35 min. |
| **Deputy Clerk:** Kathleen Zoratti | **8:54 AM – 2:51 PM** |